

# Nistico, Crouch & Kessler, P.C.
## ATTORNEYS AT LAW

| HOUSTON | DALLAS/FT. WORTH |
|---|---|
| 1900 WEST LOOP SOUTH, SUITE 800 | 4008 GATEWAY, SUITE 120 |
| HOUSTON, TEXAS 77027 | COLLEYVILLE, TEXAS 76034 |
| Telephone: (713) 781-2889   Telecopier: (713) 781-7222 | Telephone: (817)858-0362   Telecopier: (214) 722-0744 |

April 18, 2019

**VIA EMAIL**

Re:   C.A. No.:  4:18-cv-00455; ***Nakia Price v. Allstate Insurance***; In the U.S. District Court for the Southern District of Texas, Houston Division

Judge Nancy F. Atlas
c/o Ms. Sheila Ashabranner, Case Manager
Room 9015
U.S. Courthouse
515 Rusk Ave.
Houston, Texas  77002

Dear Honorable Judge Atlas:

     This letter is to notify the Court that the parties have reached a resolution to all claims and causes of action in this matter, including the bifurcated causes of action. The parties will execute all necessary settlement and dismissal documents within forty-five days.

     Very truly yours,

     ***/s/Kathleen Crouch***

     Kathleen Crouch

KC:REW:jej


cc:   Ms. Valerie G. Jewett
     Mr. Shane Sanders
     **VIA EFILING &**
     **FACSIMILE:  (346) 571-1571**