United States District Court
Southern District of Texas
**ENTERED**
April 22, 2019
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| NAKIA PRICE, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-18-0455 |
| | § | |
| ALLSTATE INSURANCE, | § | |
| Defendant. | § | |

## CONDITIONAL ORDER OF DISMISSAL

The Court has been advised that a settlement has been reached between Plaintiff

and Defendant.  See Letter [Doc. # 55].  Accordingly, it is hereby

**ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE** to

reinstatement of Plaintiff's claims, if any party represents to the Court on or before

**June 24, 2019,** that the settlement could not be completely documented.

SIGNED at Houston, Texas, this **22nd** day of **April, 2019**.


_____
NANCY F. ATLAS
SENIOR UNITED STATES DISTRICT JUDGE

P:\ORDERS\11-2018\0455Conditional.wpd   190422.1445