Case 4:18-cv-00455   Document 58   Filed on 06/25/19 in TXSD   Page 1 of 3

United States District Court
Southern District of Texas
**ENTERED**
June 25, 2019
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| NAKIA PRICE<br>*Plaintiff* | § § § | |
| v. | § § | CIVIL ACTION NO. 4:18-CV-00455 |
| ALLSTATE INSURANCE<br>*Defendant* | § § § | |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

On this day, the Court considered Plaintiffs, Nakia Price and Lyndell Price (Plaintiffs), and Defendants, Allstate Fire and Casualty Insurance Company and Allstate Indemnity Company's (Defendants), Joint Stipulation of Dismissal with Prejudice (the Joint Stipulation) pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The Court, having considered the Joint Stipulation, is of the opinion that the Joint Stipulation should be **GRANTED**. It is, therefore,

**ORDERED** that the Joint Stipulation of Dismissal is **GRANTED**, and that Plaintiffs' claims against Defendants are dismissed with prejudice to refilling. It is further

**ORDERED** that each party shall bear its own costs and expenses.

Signed this  25th  day of   June                       , 2019.

NANCY F. ATLAS
SENIOR UNITED STATES DISTRICT JUDGE

**APPROVED AS TO FORM AND
CONTENT AND ENTRY REQUESTED:**

**NISTICO, CROUCH & KESSLER, P.C.**

By: /s/Kathleen Crouch
    Kathleen Crouch
    State Bar No. 05144310
    Federal ID No. 10835
4008 Gateway, Suite 120
Colleyville, Texas 76034
Telephone: (817) 858-0362
Telecopier: (214) 722-0744
Email: kccrouch@nck-law.com
**ATTORNEY IN CHARGE FOR DEFENDANTS
ALLSTATE INDEMNITY COMPANY AND
ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY**

**OF COUNSEL:**
Rachel E. Wall
State Bar No. 24066254
Federal ID No. 1151949
Nistico, Crouch & Kessler, P.C.
Email: rwall@nck-law.com

Denise Purcell Leisten
State Bar No. 16394100
Federal ID No. 13254
Nistico, Crouch & Kessler, P.C.
dleisten@nck-law.com


By: /s/ Valerie G. Jewett*
Valerie G. Jewett
Federal ID No. 24040
Texas State Bar No. 24007443
jewettlaw@yahoo.com

3801 Kirby, Suite 605
Houston, Texas 77098
Tel: (346) 571-1578
Fax: (346) 571-1571
*Signed by permission*

**ATTORNEY IN CHARGE FOR PLAINTIFFS**

_____
PAGE 2
**AGREED ORDER OF DISMISSAL WITH PREJUDICE**

## CERTIFICATE OF SERVICE

      I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Southern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served all counsel and/or *pro se* parties of record electronically or by another manner authorized by FED.R.CIV.P. 5(b)(2) on this 24th day of June, 2019, as indicated below:

Mr. Shane R. L. Sanders
Ms. Valerie G. Jewett
Jewett & Associates, P.C.
**Counsel for Plaintiffs**
**VIA ESERVE**

                                                                    */s/Kathleen Crouch*
                                                                    Kathleen Crouch